## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-mj-08226-ADM** |
| | ) | |
| **BENJAMIN P. CUSTIS** | ) | |
| **and** | ) | |
| **DELDRICK L. BRYANT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CRIMINAL COMPLAINT

I, Jakob Blackman, a Task Force Officer with the Bureau of Alcohol, Tobacco, and Firearms (ATF), being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE

On or about October 16, 2022, in the District of Kansas, the defendants,

### BENJAMIN P. CUSTIS
### and
### DELDRICK L. BRYANT,

knowingly and intentionally stole and unlawfully took and carried away from the premises of Free State Gun Company, a licensed dealer of firearms, a firearm, specifically a Glock, Model 19 .9mm pistol with serial number BWRN979, which was in the business inventory of Free State Gun Company and had been shipped and transported in interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 922(u), 924(i)(1), and 2.

1

## COUNT TWO

On or about October 17, 2022, in the District of Kansas, the defendants,

**BENJAMIN P. CUSTIS,**
**and**
**DELDRICK L. BRYANT,**

knowingly and intentionally stole and unlawfully took and carried away from the premises of Up in Arms, a licensed dealer of firearms, a firearm, specifically a Glock, Model 26 .9mm pistol, with serial number AGDE869, which was in the business inventory of Up in Arms and had been shipped and transported in interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 922(u), 924(i)(1), and 2.

## STATEMENT OF PROBABLE CAUSE

The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals:

1. I have been a law enforcement officer with the Kansas City, Kansas Police Department (KCKPD) since October 2011. Prior to my employment with KCKPD, I worked for the Leavenworth County Kansas Sheriff's Office from September 2010 to October 2011. Prior to becoming a law enforcement officer, I earned a bachelor's degree in Law Enforcement/Justice Administration from Western Illinois University and later earned master's degree in Criminal Justice from the University of Central Missouri. In July 2016, I became a detective with the Kansas City Kansas Police Department. Currently, I am assigned to the Bureau of Alcohol, Tobacco, and Firearms (ATF) as a task force officer (TFO). I have investigated a variety of crimes that range from property crimes, narcotics investigations, crimes against persons, homicides, and investigations of federal firearms violations. I have

2

been directly involved in numerous investigations which led to the prosecution of suspects for the unlawful use and possession of firearms. During my career as a law enforcement officer, I have investigated numerous crimes to include federal firearm violations.

2.  This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement.  The following facts were made known to me by personal observation or from information that I received from other law enforcement officers, and/or from other individuals.

3.  On October 16, 2022, at approximately 12:40 a.m., the Basehor Kansas Police Department responded to a possible commercial burglary at Free State Gun Company located at 14500 Parallel Road, Basehor, Kansas. Free State Gun Company holds a federal firearms license (FFL).  When officers arrived, they observed the front door of the business destroyed, allowing officers to enter the structure. When they entered the building, they observed glass display cases broken and numerous firearms missing.

4.  The business owners were alerted by an alarm system and responded to the store. When the owners arrived, they were able to confirm numerous firearms were stolen. After reviewing their inventory, the owners estimated approximately 50 firearms were missing to include rifle platforms, shotguns, and pistols.

5.   Surveillance cameras were installed within the business and turned over to law enforcement. The video from within the store revealed a white in color Ford F-150 backed up to the front of the business. The door appeared to be destroyed from the truck. At approximatley 12:31 a.m., three individuals entered the business and were observed breaching another door

leading the suspects into the main firearms display room. Once inside the room, the three suspects broke the display glass and began carrying firearms from the building to the white Ford F-150. All three suspects appeared to be wearing face coverings, head garments, sweatpants, and long sleeve hoodies. Two of the suspects appeared to be tall and one may have been wearing a pair of glasses. One of the three suspects wasn't wearing gloves and appeared to be a black male.  After approximately two minutes, the three suspects exited the front of the business and are believed to have fled east on Parallel Road.

6. On October 17, 2022, at approximately 5:00 a.m., deputies with the Johnson County Sheriff's Office responded to an alarm or possible burglary at Up in Arms guns store located at 33490 Lexington Avenue, #F, De Soto, Kansas. Up in Arms holds an FFL. When deputies arrived, they observed the front glass door of the business destroyed. Deputies entered the gun store and observed glass display cases broken and numerous firearms missing.

7. The business owners were alerted and responded to the store. When the owners arrived, they were able to confirm numerous firearms were stolen. After reviewing their inventory, the owners estimated 25 pistols were taken.

8. Surveillance cameras were installed on both the interior and exterior of the business. The owners of Up in Arms turned the video over to law enforcement. The exterior video showed a white Ford F-150 pull into the parking lot around 4:57 a.m. The truck appeared to pull up to the front of the store and park. The rear passenger exited the truck, walked up to the front door, and looked through the door before running back to the truck.

9. The truck was then observed backing up to the front of the business and rammed the front glass door, causing it to break. The driver and rear passenger exited the truck and entered the

4

business. Once inside, the two suspects broke the glass display cases. The two suspects removed several handguns from the display cases and placed the firearms in the bed of the truck.

10. Suspect 01 (Driver) appeared to be a tall thin male wearing a black hoodie, tan ball cap, face covering, light colored jeans, and white and red shoes.

11. Suspect 02 (Rear Passenger) appeared to be a tall thin male, wearing a black hoodie, face covering, light colored jeans and silver and black bottomed shoes.

12. Suspect 01 and Suspect 02 began making trips back and forth from the store to the truck carrying firearms. On one occasion, Suspect 01 ran back into the store and ran directly into the front of a metal cross beam on the front door that was still intact from the breach. Suspect 01 fell backwards but was able to maintain his balance and continued to retrieve firearms. ATF believed the impact likely caused an injury to the face of Suspect 01. The tan hat from Suspect 01 fell off his head from the impact and landed on the ground inside the store. The tan hat was solid in color with an emblem on the lower corner of front of the hat.

13. At one point, Suspect 01 tossed a pistol from the display case out the front door toward the back of the white Ford F-150. The firearm struck the back rear glass of the truck causing it to break.

14. While the theft of the firearms was taking place, a third suspect wearing a white Nike hoodie was observed on an exterior camera sitting in the front passenger seat of the white Ford F-150.

15. After approximatley two minutes, Suspect 01 and Suspect 02 re-entered the white Ford F-150 and all three suspects fled the area. Exterior video captured the license plate of the white

Ford F-150, it displayed 319RCZ. The registration returned to a 2003 Honda Pilot in Ottawa, Kansas.

16. The Johnson County Crime Lab responded to the scene and began processing evidence. The tan hat that fell from Suspect 01 was photographed and collected on scene.

17. On October 17, 2022, ATF investigators responded to both scenes and began the investigation with local law enforcement. After reviewing the video surveillance, ATF believed both FFL thefts were committed by the same suspects. ATF Task Force Officer (TFO) Ryan Fincher and ATF TFO Jakob Blackman set up an alert system in hopes of tracking the white Ford F-150 by license plate readers (LPR's) across the Kansas City Metropolitan area.

18. LPR's are cameras set up in various intersections throughout the metropolitan areas allowing license plates to be captured via camera and saved in a database. This tool is often used by police to geographically track suspect vehicles. The LPR alerts allow law enforcement to be notified when a certain license plate is captured by the camera.

19. On October 17, 2022, Merriam Kansas Detective Kristin Jasinski learned of the FFL burglaries and told members of law enforcement a possible suspect to consider was Benjamin Custis (B/M, xx-xx-2003). Detective Jasinski assisted in past theft investigations and knew Custis was involved in a series of FFL burglaries in the past as a juvenile.

20. On October 18, 2022, TFO Blackman located a Facebook profile for Custis and began looking through some pictures Custis had recently posted before the crimes. TFO Blackman immediately recognized numerous photographs of Custis wearing and holding a tan hat. The

tan hat was solid in color with an emblem on the lower corner of front of the hat. The hat appeared to be the same hat recovered from Up in Arms on October 17, 2022.

21. In one of the photographs posted October 12, 2022, a person wearing light-colored jeans is depicted holding the tan hat while sitting inside a white vehicle. The photo only captured the lower half of the person. The inside of the door panel was visible in the picture and appeared to be the same as the inside driver door of a 2021 Ford F-150.

22. ATF believed Benjamin Custis was likely one of the three suspects involved in the crimes. On October 18, 2022, at approximately 12:53 p.m., TFO Blackman received an LPR notification on Kansas plate 319RCZ at N. 47th Street and Parallel Parkway in Kansas City, Kansas. The notification indicated the truck was traveling eastbound on Parallel Parkway. TFO Blackman began driving toward the area in an unmarked police vehicle. At approximately 1:14 p.m., TFO Blackman observed the truck turn west on Parallel Parkway from N. 31st Street. TFO Blackman relayed the information to ATF TFO Cole Massey and TFO Fincher. TFO Blackman followed the truck covertly to the area of N. 38th and State Avenue, Kansas City, Kansas.

23. TFO Blackman observed the rear window of the truck was wrapped in plastic, which was consistent with the rear window breaking on the White F-150 that was involved in the Up in Arms burglary the day before. The white Ford F-150 pulled into the McDonalds drive-thru and began to order food. Members of the KCKPD Special Operations Unit (SOU) attempted to contact the vehicle utilizing a marked patrol vehicle in front and behind the white Ford F-150 as the truck was at the drive-through window. As police officers made contact, the truck reversed and struck a parked car before fleeing east on State Avenue.

24. TFO Blackman began following the white Ford F-150 and relayed the information. A few minutes later, aerial surveillance was able to locate the white Ford F-150 around the 1300 block of State Avenue. ATF investigators began covertly following the truck as the truck traveled out of Kansas City, Kansas and into Kansas City, Missouri.

25. The truck was tracked via aerial surveillance to the 4500 block of East 75th Terrace, Kansas City, Missouri. Members of the Kansas City, Missouri Police Department Tactical Unit moved in and attempted to stop the truck. Officers were able to move in and apprehend three individuals. The driver was identified as Benjamin P. Custis, the front passenger was identified as Deldrick L. Bryant.  Custis had visible scabs from an injury between his eyes and on his upper lip. ATF believed this injury was caused from Custis striking the cross beam at Up in Arms the day before. All three suspects were transported to Kansas City, Missouri Police Department substations and interviewed. It was later learned the truck was reported stolen from Topeka, Kansas.

26. Numerous firearms were observed in plain view on the rear passenger floorboard of the white Ford F-150.  Members of ATF took photographs and collected the firearms in plain view. They included the following firearms:

- Glock, Model 48 .9MM pistol, with serial number BUKG086; Stolen from Up in Arms in De Soto, Kansas

- Glock, Model 19 .9MM pistol, with serial number BWRN979; Stolen from Free State Gun Company, Basehor, Kansas.  An interstate nexus expert with the ATF determined this firearm was not manufactured in Kansas and so necessarily traveled in interstate nexus prior to arriving to Free State Gun Company.

8

- Free State Gun Company Model FS-15, multi-Caliber rifle with serial number 1005; Stolen from Free State Gun Company, Basehor, Kansas

- Glock, unknown model, .9MM pistol, with serial number BUFW970; Stolen from Free State Gun Company

27. Benjamin P. Custis was interviewed by TFO Blackman and TFO Fincher. Custis was read his *Miranda* warnings and provided a statement. According to Custis, he purchased the truck from a person a day ago in Kansas City, Missouri and he has never been to De Soto or Basehor, Kansas. According to Custis, he was at his girlfriend's house in Osawatomie, Kansas during the dates of the crimes and was not involved. Custis also claimed he was homeless and did not know the other two individuals well and was only giving them a ride. TFO Blackman asked Custis about his facial injuries and Custis claimed his lip injury came from the police arrest and the scab between his eyes must have come from him being drunk or "high".

28. Deldrick L. Bryant was interviewed by TFO Blackman and TFO Fincher. He was read his *Miranda* warnings and invoked his right to remain silent.

29. Following the interviews, TFO Blackman, TFO Fincher and ATF Special Agent (SA) Clint Westgate responded to Deldrick L. Bryant's residence located at 6623 Wood, Kansas City, Kansas. They contacted Bryant's grandmother who said Bryant did reside at the residence with her. She went on to say he stays in the basement of her house, and she has access to the basement. TFO Blackman explained the crime being investigated to Bryant's grandmother. Bryant's grandmother said she had seen the white truck at her house and knew Bryant hung around the male who usually drove the truck. It was learned from other family members of

Bryant's that the male who drove the white truck goes by the moniker, "Lash". "Lash" is the known moniker of Benjamin P. Custis. Members of Bryant's family had seen Custis in the past and knew what he looked like. TFO Blackman was able to confirm with family that the person the family has seen at the house was Custis and Custis drove the white truck.

30. Bryant's grandmother signed a consent to search the basement, the backyard, and a shed in the backyard of the address. TFO Blackman located a tan purse in a basement closet containing approximately 11 pistols. All the pistols in the bag were stolen from Free State Gun Company or Up in Arms. This includes, a Glock, Model 26 .9mm pistol, with serial number AGDE869, which was stolen from Up in Arms on October 17, 2022. An interstate nexus expert with the ATF determined this firearm was not manufactured in Kansas and so necessarily traveled in interstate nexus prior to arriving to Up in Arms. TFO Fincher located another Springfield .9mm pistol in a box on the fireplace in the basement that was reported stolen from Free State Gun Company. ATF located two 5.56 rifles under the mattress of Bryant's bed. Both rifles were reported stolen from Free State Gun Company. ATF walked around the back yard of the address and observed a pair of camouflage gloves lying on the grass that appeared new. Bryant's family confirmed the gloves didn't belong to anyone in the residence. The gloves looked similar to what ATF observed being worn by the suspects during the crime.

31. I respectfully request that a warrant be issued authorizing the arrest of Defendants Benjamin Custis and Deldrick Bryant for the aforementioned violations of federal law.

_____
Detective Jakob Blackman
ATF Task Force Officer

10

Sworn to and attested by affiant, via telephone, after being submitted to me by reliable electronic means on October 19, 2022.

Honorable Angel D. Mitchell
United States Magistrate Judge
District of Kansas

## **PENALTIES**

**Counts 1 & 2:   18 U.S.C. §§ 922(u) & 924(i)(1)**
**Burglary of a Licensed Firearms Dealer**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(i)(1).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).